Argued June 6—decided June 7, 1967

STATE OF CONNECTICUT *v.* RICHARD O. GOGAN

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*John J. Donahue,* in support of the petition.

*Morris H. Globerman,* assistant prosecuting attorney, in opposition.

Submitted May 15—decided June 8, 1967